UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYNE DEE WELLS JR.,

    Plaintiff,

    v.

ELDON VAIL, *et al*,

    Defendants.

Case No. C09-5324 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING FRIVOLOUS COMPLAINT PURSUANT TO 28 U.S.C. § 1915

The Magistrate Judge recommends that this civil rights complaint be dismissed as failing to state a cognizable claim. Plaintiff has filed objections asserting he has an Eighth Amendment claim. As detailed in the Report and Recommendation, Plaintiff has been given the opportunity to cure the deficiencies in his original complaint, and his amended complaint remains similarly deficient.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's amended complaint is DISMISSED;

(3)     The Clerk is directed to terminate this action pursuant to 28 U.S.C. § 1915(e) and to count this as a dismissal under 28 U.S.C. § 1915(g); and

(4)     The Clerk is directed to send copies of this Order to plaintiff and to the Hon. Karen L. Strombom.

DATED this 13th day of October, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1