# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYNE DEE WELLS, JR., | |
| | JUDGMENT IN A CIVIL CASE |
| v. | |
| ELDON VAIL, *et al.*, | |
| | CASE NUMBER: C09-5324FDB |

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


The Court adopts the Report and Recommendation;

Plaintiff's amended complaint is DISMISSED; and

The Clerk is directed to terminate this action pursuant to 28 U.S.C. § 1915(e) and to count this as a dismissal under 28 U.S.C. § 1915(g).


| October 15, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |